

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ONE THOUSAND FIVE HUNDRED SIXTY-FOUR DOLLARS IN UNITED STATES CURRENCY, | § § § | No. 08-13-00312-CV |
|  | § | Appeal from |
| Appellant, | § | 116th District Court |
| v. | § | of Dallas County, Texas |
| THE STATE OF TEXAS, | § | (TC # DC12-14720-F) |
| Appellee. | § |  |

## MEMORANDUM OPINION

Anthony Chamberlain, pro se, is appealing a forfeiture judgment. The appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of prosecution. Finding that Appellant has not filed a brief or a motion for extension of time to file his brief, we dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the Appellant has failed to file his brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no pet.). The Clerk of the Court notified Appellant that his brief was past due and no motion for extension of time to file a brief had been received. The Clerk also informed the parties of the Court's intent to dismiss the appeal for want of prosecution

unless, within ten days of the notice, a party responded showing grounds to continue the appeal. No response has been received.  We dismiss the appeal for want of prosecution.  TEX.R.APP.P. 38.8(a)(1), 42.3(b).


February 19, 2014
                                        ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.